135 P.3d 1053

# SUPREME COURT OF HAWAI'I

State v. Sale .................... 26293     05/09/2006   Denied      110 Hawai'i 386, 133 P.3d 815